```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 14945
   DELORES EDGE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3149


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/14/2006 and was confirmed 02/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/26/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
AMERIQUEST MORTGAGE       CURRENT MORTG    4486.70           .00         4486.70
AMERIQUEST MORTGAGE       MORTGAGE ARRE   29685.34           .00         1221.69
AMERIQUEST MORTGAGE       NOTICE ONLY     NOT FILED          .00             .00
AMERIQUEST MORTGAGE CORP  NOTICE ONLY     NOT FILED          .00             .00
CONSUMER PORTFOLIO SERV   SECURED NOT I   NOT FILED          .00             .00
CONSUMER PORTFOLIO SERV   UNSEC W/INTER    7036.14           .00             .00
DEUTSCHE BANK TRUST       SECURED NOT I   NOT FILED          .00             .00
DEUTSCHE BANK TRUST       UNSEC W/INTER   NOT FILED          .00             .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        10171.80           .00             .00
DISTRICT COUNSEL          NOTICE ONLY     NOT FILED          .00             .00
UNITED STATES ATTORNEY    NOTICE ONLY     NOT FILED          .00             .00
D PATRICK MULLARKEY       NOTICE ONLY     NOT FILED          .00             .00
AMERICASH LOANS LLC       UNSEC W/INTER    6831.04           .00             .00
MAJESTIC CASINO           UNSEC W/INTER   NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER    2385.68           .00             .00
AMERICASH LOANS LLC       UNSEC W/INTER    1513.40           .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     100.00           .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY         7182.94           .00             .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER    1602.82           .00             .00
AMC MORTGAGE SERVICES     NOTICE ONLY     NOT FILED          .00             .00
MELVIN J KAPLAN           DEBTOR ATTY     3,000.00                       3,000.00
TOM VAUGHN                TRUSTEE                                          575.61
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 9,284.00

PRIORITY                                     .00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 14945 DELORES EDGE

```
SECURED                                                    5,708.39
UNSECURED                                                       .00
ADMINISTRATIVE                                             3,000.00
TRUSTEE COMPENSATION                                         575.61
DEBTOR REFUND                                                   .00
                                   ----------------   ----------------
TOTALS                                    9,284.00           9,284.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 12/27/07              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```